# Court of Appeals
# of the State of Georgia

ATLANTA, October 27, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0088.  KASHKA SCOTT, et al. v. RES-GA TWO, LLC.**

Southside Greenspace Initiative, Scott and Sons Holdings, LLC, Shields Scott, Kashka Scott, and Jerome Scott seek to appeal the grant of RES-GA Two, LLC's motion for OCGA § 9-15-14 attorney fees. The court's order denying the motion was entered September 2, 2014.  The applicants filed their application 34 days later on October 6, 2014.  An application for discretionary appeal must be filed within 30 days of the order appealed from. OCGA § 5-6-35 (d).  Because this application is untimely, we lack jurisdiction to consider it, and it is therefore *DISMISSED.*



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*   10/27/2014
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*